**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DAVID THOMAS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:17-CV-03826-ELR |
| | * | |
| CREDIT ONE BANK, N.A., | * | |
| | * | |
| Defendant. | * | |
| | * | |

---

**O R D E R**

---

On October 26, 2017, the parties filed a Joint Stipulation Staying and Referring Case to Arbitration [Doc. 5], explaining that the parties have agreed to attend arbitration. The parties ask that this Court stay this matter pending arbitration. The Court will not stay a case indefinitely. Instead, the Court will administratively close this case pending arbitration, with a right by either party to reopen this case if necessary.

For good cause shown, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The parties may file a stipulation of

dismissal upon the conclusion of arbitration. If necessary, the parties should promptly move to reopen the case.[1]

     **SO ORDERED**, this ____9th____day of November, 2017.

 

                          *Eleanor L. Ross*

                          Eleanor L. Ross
                          United States District Judge
                          Northern District of Georgia

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if necessary. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.